[No. 3022.   Decided October 20, 1899.]

WYATT J. RUCKER *et al., Appellants, v.* H. G. YORK *et al., Respondents.*

Appeal from Superior Court, Snohomish County.—Hon. FRANK
T. REID, Judge.   Affirmed.

*Crowley & Grosscup* and *Bell & Austin,* for appellants.

*J. H. Naylor* and *Coleman & Hart,* for respondents.

PER CURIAM.—The complaint in this action is in all respects
identical with that in No. 3033, The Everett Land Company, ap-
pellant, v. H. G. York and Snohomish County, respondents, with
the exception of the property involved.   Following the disposi-
tion of that cause, the judgment in this will be affirmed.